BRIAN STRETCH (CABN 163973)
Acting United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

ILA C. DEISS (NYBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
    ila.deiss@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA; CENTER FOR GENDER & REFUGEE STUDIES; COMMUNITY LEGAL SERVICES IN EAST PALO ALTO; AMERICAN IMMIGRATION LAWYERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | CIVIL ACTION NO. 16-CV-0544 KAW <br><br> **STIPULATION TO RESET DATES; AND [PROPOSED] ORDER** (AS MODIFIED BY THE COURT) |

       This Complaint, filed February 2, 2016, is brought under the Freedom of Information Act. Defendants' answer is currently due March 25, 2016, with the initial Case Management Conference set for May 3, 2016. The parties, through their undersigned counsel, have been communicating and Defendants are preparing to release a production of agency records. The parties would like to continue to explore whether this case might resolve without litigation. Accordingly, the parties, through their

1  undersigned attorneys, hereby stipulate pursuant to Civ. L.R. 6-2 and 7-12, subject to approval of the
2  Court, to vacate the May 3, 2016 Case Management Conference.  The parties propose resetting
3  Defendants' answer date to May 27, 2016, so that the parties can continue to work towards settlement of
4  this action.  The parties also agree to propose, if needed, a stipulated briefing schedule to the Court at
5  that time.

6                                             Respectfully submitted,

7
                                              BRIAN J. STRECH
8                                             Acting United States Attorney

9  Dated: March 25, 2016           By:      _____/s/_____
10                                            ILA C. DEISS
                                              Assistant United States Attorney
11                                            Counsel for the Defendants

12
13 Dated: March 25, 2016           By:      _____/s/_____
                                              THOMAS R. BURKE
14                                            Counsel for Plaintiffs

15

16
                              ORDER (AS MODIFIED BY THE COURT)
17

18      PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference
                                    continued to August 2, 2016 at 1:30 p.m.
19 currently set for May 3, 2016 is hereby ~~VACATED~~.  Defendants' responsive pleading is due May 27,
20 2016.

21
                                             _Kandis Westmore_____
22 Date: 03/25/2016
                                              KANDIS A. WESTMORE
23                                            United States Magistrate Judge

24

25

26

27

28

Stipulation and ~~[Proposed]~~ Order to Extend Dates
CV-16-0544-KAW                              2