1  BRIAN STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  KIMBERLY FRIDAY (MABN 660544)
   Deputy Chief, Civil Division
4  Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
      Telephone: (415) 436-7102
6        FAX: (415) 436-7169
      kimberly.friday@usdoj.gov
7
   Attorneys for Defendants
8
9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12
   LAWYERS' COMMITTEE FOR CIVIL              ) CIVIL ACTION NO. 16-CV-0544 KAW
13 RIGHTS OF THE SAN FRANCISCO BAY           )
   AREA; CENTER FOR GENDER & REFUGEE         )
14 STUDIES; COMMUNITY LEGAL SERVICES         ) **JOINT REQUEST FOR RELIEF FROM**
   IN EAST PALO ALTO; AMERICAN               ) **AUTOMATIC REFERRAL TO ADR MULTI-**
15 IMMIGRATION LAWYERS ASSOCIATION,          ) **OPTION PROGRAM; STIPULATION TO**
                                                  ) **RESET DATES FOR ANSWER AND CASE**
16     Plaintiffs,                         ) **MANAGEMENT CONFERENCE; [**~~PROPOSED~~**]**
                                                  ) **ORDER**
17   v.                                       )
                                                  )
18 EXECUTIVE OFFICE FOR IMMIGRATION          )
   REVIEW; UNITED STATES DEPARTMENT          ) **CMC Date: August 2, 2016, 1:30 p.m.**
19 OF JUSTICE,                               ) 1301 Clay Street
                                                ) Oakland, CA 94612
20     Defendants.                         )
                                                )
21 _____)

22
       The parties, through their undersigned attorneys, have cooperatively worked towards settlement
23
of this Freedom of Information Act action and anticipate that it can be resolved without the need for
24
alternative dispute resolution. Defendants have made several productions of agency records and have
25
only two requests for information that remain outstanding. Defendants are working diligently to
26
complete their production of agency records in response to these requests, but the parties need additional
27
time to complete the production and to ensure that the production is satisfactory to Plaintiffs.
28

1    Accordingly, the parties hereby stipulate and request (1) relief from the Court's ADR program; (2) an
2    extension of the Government's deadline to file a responsive pleading; and (3) a postponement of the
3    Case Management Conference currently scheduled for August 2, 2016 at 1:30 p.m. (Dkt. No. 11 at 2).

4        Each of the undersigned certifies that he or she has read either the handbook entitled "*Dispute
5    Resolution Procedures in the Northern District of California*," or the specified portions of the ADR
6    Internet site, www.cand.uscourts.gov/adr, discussed the available dispute resolution options provided by
7    the Court and private entities; and considered whether this case might benefit from any of the available
8    dispute resolution options.

9        The parties agree that in this instance referral to a formal ADR process may unnecessarily
10    consume the Court's time and resources because the parties are working towards settlement of this
11    action and anticipate resolving this matter without the need for further litigation.  Accordingly, pursuant
12    to ADR L.R. 3-3(c), the parties hereby stipulate and jointly request that the case be removed from the
13    ADR Multi-Option Program and that they be excused from participating in the ADR phone conference
14    and any further formal ADR process.  If any party subsequently determines that submission to the
15    formal ADR process would be beneficial to the efficient resolution of this matter, that party may request
16    placement in one of the Court's ADR programs at that time.

17        For the same reason, the parties also stipulate and agree pursuant to Civ. L.R. 6-2 and 7-2,
18    subject to approval by the Court, to postpone the August 2, 2016, Case Management Conference and the
19    deadline for Defendants to file an Answer.  The Court has reset the Case Management Conference and
20    Answer dates on one occasion (Dkt. No. 11 at 2), and the parties have previously stipulated to an
21    additional one-month extension of the Defendants' Answer date (Dkt. No. 13).  Defendants' Answer is
22    currently due by July 27, 2016; the parties propose an additional one-month extension to August 26,
23    2016.  The parties propose postponing the Case Management Conference to a date in September or
24    October convenient to the Court.

25    //
26    //
27    //
28

JOINT REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO ADR MULTI-OPTION PROGRAM;
STIPULATION TO RESET DATES;[PROPOSED] ORDER
CV-16-0544-KAW                                  2

A proposed order is attached.

                                      Respectfully submitted,

BRIAN J. STRECH
United States Attorney

Dated: July 19, 2016            By:        /s/ *Kimberly Friday*
                                                KIMBERLY FRIDAY
                                                Assistant United States Attorney
                                                Counsel for the Defendants

Dated: July 19, 2016            By:        /s/ *Deborah Adler*
                                                Deborah A. Adler
                                                DAVIS WRIGHT TREMAINE LLP
                                                Counsel for Plaintiffs

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with Deborah Adler, counsel for plaintiffs, regarding this filing. Ms. Adler has represented that she concurs in the filing of this document and that I am authorized to file it on her behalf.

                                                  BRIAN J. STRETCH
                                                United States Attorney

Dated: July 19, 2016            By:        /s/ *Kimberly Friday*
                                                KIMBERLY FRIDAY
                                                Assistant United States Attorney
                                                Counsel for the Defendants

**[PROPOSED] ORDER**

Pursuant to stipulation and to ADR L.R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process. Should any party subsequently determine that submission to the formal ADR process would be beneficial to the efficient resolution of this matter, that party may request placement in one of the Court's ADR programs at that time.

Pursuant to stipulation, it is so ordered that the Case Management Conference currently set for August 2, 2016, is hereby continued to  October 25 , 2016 at  1:30   a.m/p.m.  Defendants' responsive pleading is due August 26, 2016.

**SO ORDERED.**

DATED: 7/20/16

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE