```
BRIAN STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Deputy Chief, Civil Division
Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7102
      FAX: (415) 436-7169
      kimberly.friday@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA; CENTER FOR GENDER & REFUGEE STUDIES; COMMUNITY LEGAL SERVICES IN EAST PALO ALTO; AMERICAN IMMIGRATION LAWYERS ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendants. | CIVIL ACTION NO. 16-CV-0544 KAW<br><br>**JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND EXTEND DATE FOR RESPONSIVE PLEADING; [~~PROPOSED~~] ORDER**<br><br>**CMC Date: October 25, 2016, 1:30 p.m.**<br>1301 Clay Street<br>Oakland, CA 94612 |

The parties, through their undersigned attorneys, have cooperatively worked towards settlement of this Freedom of Information Act action and anticipate that it will be resolved in the next few weeks. Defendants have made several productions of agency records and have only one request for information that remains outstanding. Defendants are working diligently to complete their production of agency records in response to this request, and anticipate that they will be able to complete production by the end of the month. Accordingly, the parties hereby stipulate and request pursuant to Civ. L.R. 6-2 and 7-

1  12 that: (1) the Case Management Conference currently scheduled for October 25, 2016, at 1:30 p.m. be
2  vacated; and (2) the Government's deadline to file a responsive pleading be extended to November 30,
3  2016.  The Court has reset the Case Management Conference and Answer date on two prior occasions,
4  and the parties have stipulated to three one-month extensions of the Answer date as they continue to
5  collaboratively work to resolve this matter.
6       At this time, Defendants believe that production will be completed in October, but the parties
7  will need additional time to negotiate Plaintiffs' request for attorneys' fees.  Defendants' responsive
8  pleading is currently due on October 31, 2016.  The parties will work towards completing the remaining
9  production and resolving the request for attorneys' fees in time to file a stipulated dismissal of the case
10 by November 30, 2016.  The parties will notify the Court if additional time is needed to resolve the case.
11 If any party subsequently determines that a Case Management Conference is necessary, that party will
12 notify the Court.
13       A proposed order is attached.

                                            Respectfully submitted,

                                            BRIAN J. STRETCH
                                            United States Attorney

Dated: October 11, 2016          By:        /s/ *Kimberly Friday*
                                            KIMBERLY FRIDAY
                                            Assistant United States Attorney
                                            Counsel for the Defendants


Dated: October 11, 2016          By:        /s/ *Patrick Ferguson*
                                            PATRICK FERGUSON
                                            Davis Wright Tremaine LLP
                                            Counsel for Plaintiffs

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with Patrick Ferguson, counsel for plaintiffs, regarding this filing. Mr. Ferguson has represented that he concurs in the filing of this document and that I am authorized to file it on his behalf.

BRIAN J. STRETCH
United States Attorney

Dated: October 11, 2016          By:          /s/ *Kimberly Friday*
                                              KIMBERLY FRIDAY
                                              Assistant United States Attorney
                                              Counsel for the Defendants

**[PROPOSED] ORDER**

Pursuant to stipulation, it is so ordered that the Case Management Conference currently set for October 25, 2016, is hereby vacated. Defendants' responsive pleading is due November 30, 2016.

**SO ORDERED.**

DATED: 10/18/16

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE