BRIAN STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Deputy Chief, Civil Division
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    FAX: (415) 436-7169
    kimberly.friday@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA; CENTER FOR GENDER & REFUGEE STUDIES; COMMUNITY LEGAL SERVICES IN EAST PALO ALTO; AMERICAN IMMIGRATION LAWYERS ASSOCIATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendants. | CIVIL ACTION NO. 16-CV-0544 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

Plaintiffs, Lawyers' Committee for Civil Rights of the San Francisco Bay Area, Center for Gender & Refugee Studies, Community Legal Services in East Palo Alto, and American Immigration Lawyers Association, and Defendants, Executive Office for Immigration Review and United States Department of Justice, hereby enter into this Stipulation and [Proposed] Order Re Settlement and Dismissal with Prejudice ("Stipulation"), as follows:

1. Defendants shall pay $52,000 (fifty-two thousand dollars and no cents) to Plaintiffs in full and complete satisfaction of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, in the above-captioned matter. This payment shall constitute full and final satisfaction of any and all of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest. Payment of this money will be made by electronic funds transfer or check promptly after notification of the Court's entry of this Stipulation and after receipt of necessary information from Plaintiffs in order to effectuate the payment. Defendants will make all reasonable efforts to make payment within thirty (30) days of the date that Plaintiffs' counsel provides the necessary information for the electronic funds transfer and this Stipulation is approved by the Court, whichever is later, but cannot guarantee payment within that time frame.

2. Upon the execution of this Stipulation, Plaintiffs, having received the records they requested, hereby release and forever discharge Defendants, its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action that Plaintiffs assert or could have asserted in this litigation, or which hereafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, the specific FOIA requests on which this action is based, including but not limited to all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

3. Execution of this Stipulation and its approval by the Court shall constitute dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

4. The parties acknowledge that this Stipulation is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission on the part of Defendants, the United States, its agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by the Defendants regarding Plaintiffs' entitlement to attorneys' fees, costs, or other litigation expenses under FOIA. This

Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or proceeding involving Defendants.

6. This Stipulation is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

7. If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

8. This Stipulation shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the parties hereto.  The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Stipulation.

9. The persons signing this Stipulation warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the Stipulation.

10. This Stipulation may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

11. The Stipulation may be executed in counterparts and is effective on the date by which both parties have executed the Stipulation.

SO STIPULATED AND AGREED.

Respectfully submitted,

BRIAN J. STRECH
United States Attorney

Dated: March 27, 2017        By:   /s/ *Kimberly Friday*
                                    KIMBERLY FRIDAY
                                    Assistant United States Attorney
                                    Counsel for the Defendants

Dated: March 27, 2017        By:   /s/ *Thomas R. Burke*
                                    Thomas R. Burke
                                    DAVIS WRIGHT TREMAINE LLP
                                    Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
CV-16-0544-KAW                                3

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with Thomas Burke, counsel for plaintiffs, regarding this filing. Mr. Burke has represented that he concurs in the filing of this document and that I am authorized to file it on his behalf.

BRIAN J. STRETCH
United States Attorney

Dated: March 27, 2017     By:   /s/ *Kimberly Friday*
                                KIMBERLY FRIDAY
                                Assistant United States Attorney
                                Counsel for the Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Honorable Kandis A. Westmore
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
CV-16-0544-KAW                                        4