UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-05544-HSG<br><br>**ORDER REGARDING TRIAL SETTING** |

The Court recently lifted the stay and reopened the case in light of the Ninth Circuit's mandate. *See* Dkt. No. 210. To move this case to its conclusion, and as indicated during the August 26, 2025, case management conference, the Court will set a 7-day bench trial. The Court provides the following dates for consideration. The parties must meet and confer to determine which of the following windows will work for them. The Court expects the parties to collectively clear their calendars to enable a trial in at least one of these windows. The parties shall file a status report identifying all windows in which they are available by September 12, 2025. To the extent any of the offered dates absolutely cannot work, the parties must explain the nature of their unavailability, understanding that the Court will view only truly irreconcilable conflicts as a potentially sufficient basis for an assertion of unavailability.

//

//

//

//

//

//

|  | **Pretrial Conference** | **7-Day Bench Trial**[1] |
|---|---|---|
| **Option 1** | February 10, 2026, at 3:00 p.m. | March 16, 2026, at 8:30 a.m. |
| **Option 2** | March 17, 2026, at 3:00 p.m. | April 13, 2026, at 8:30 a.m. |
| **Option 3** | April 21, 2026, at 3:00 p.m. | May 18, 2026, at 8:30 a.m. |
| **Option 4** | June 2, 2026, at 3:00 p.m. | June 22, 2026, at 8:30 a.m. |
| **Option 5** | June 16, 2026, at 2:00 p.m. | July 9, 2026, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:   8/27/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] This is the maximum trial length: the Court will set stringent time limits that likely will result in the trial lasting fewer days than this.

2